No. 50510.—Protests 70052–K, etc., of Scottish Tweed & Yarn Co. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

No. 50511.—Protests 70211–K, etc., of Best & Co., Inc., et al. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

No. 50512.—Protest 94688–K of Wing Lee Quon, Inc. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise consists of an alcoholic medicinal preparation similar in all material respects to that the subject of *Wing Duck Co.* v. *United States* (6 Cust. Ct. 133, C. D. 446), which record was admitted in evidence herein. A memorandum by the collector in the official papers indicates that under section 514 recovery is limited to the item noted on page 11 of the invoice described as 10 cases Gai Jaw Nagan (37.23 gallons). It was held that the merchandise described above is not subject to assessment under the Internal Revenue Act of 1941. The protest was sustained to this extent.

No. 50513.—Protest 961648–G/11390 of Manuel A. Escalante (New Orleans).

Opinion by EKWALL, J. At the hearing the attorney who signed the original protest testified that he was retained under a contract by the importer of record.